ORIGINAL

FILED
SEP 6 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 07-652 C

**COMPLAINT**

**Introduction**

1. Plaintiffs, Christopher Sean Van Winkle and David Alan Cox, assert this Complaint against the United States seeking the recovery of Plaintiffs' reasonable and entire compensation for the use by or for the United States, without license, of an invention described in and covered by the claims of a United States patent.

**Parties**

2. Plaintiff, Christopher Van Winkle, a resident of the State of North Carolina, is a Captain in the U.S. Army and is currently on active duty in Afghanistan.

3. Plaintiff, David Alan Cox, a resident of the state of Maryland, is a Captain in the U.S. Army and is currently on active duty at Walter Reed Army Medical Center in Washington, D.C.

4. Plaintiffs are "independent inventors" under 28 U.S.C. § 1498(a).

5. The United States is the Defendant to this action based upon the actions and conduct of its agents, the Department of the Army (*i.e.*, the United States Army), its contractors and others.

## Jurisdiction

6. This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§ 1498(a) and 1491(a)(1).

## Allegations

7. Plaintiffs are the original inventors of innovative body armor known as the Deltoid Axillary Protective Device ("DAP"). On July 18, 2006, Letters Patent No. 7,076,806 ("'806 Patent") were issued to Plaintiffs for such invention on an application filed by Plaintiffs on December 30, 2004. A copy of the Patent is attached hereto as Exhibit A and is incorporated herein by reference. Plaintiffs are, and at all times material hereto have been, the sole owners of the '806 Patent and are entitled to all right, title and interest therein.

8. As determined by the U.S. Patent & Trademark Office on September 9, 2005, the DAP is an invention that counters terrorism. Specifically, the DAP adds protection to areas of the body that conventional body armor issued to troops at the beginning of the war in Iraq left substantially unprotected. The DAP comprises an axillary portion that protects the underarm area of a wearer and is made of ballistic material. An optional deltoid portion provides added protection to the deltoid or shoulder area of the wearer.

9. During 2003, Plaintiffs served as Physician Assistants assigned to the 82nd Army Airborne Division stationed in Iraq. As Physician Assistants, Plaintiffs' duties were to treat all sick, wounded or injured U.S. and coalition soldiers.

10. During the treatment of wounded personnel, Plaintiffs observed that many of the soldiers experienced serious injuries despite wearing conventional body armor. These injuries were caused by the shrapnel from Improvised Explosive Devices (IEDs) used by enemy forces to attack coalition soldiers.

11. Plaintiffs, while off duty and using their own materials, began devising modifications to the conventional body armor worn by coalition soldiers to protect the deltoid and axillary areas.

12. On or about September 20, 2003, the Plaintiffs completed the design of the DAP body armor accessory that would increase protection to the wearer's axillary and deltoid regions while maintaining the wearer's flexibility and range of motion. The DAP was made without use of Government time, materials or facilities.

13. Subsequent to the making of the DAP invention, Plaintiffs disclosed the DAP invention to their superiors.

14. Following an extremely positive reception, the U.S. Army instructed the Plaintiffs to work with U.S. Army personnel to help prepare for dispersal of the DAP to all troops.

15. On information and belief, in late 2003 or early 2004, the U.S. Army made the decision to provide the DAP to all service personnel stationed in areas of conflict.

16. In June 2004, the United States, through the U.S. Army Readiness Command Acquisition Center, Aberdeen Proving Ground, Maryland, awarded Contract No. W91CRB-04-D-0014 to Point Blank Body Armor, Inc. ("Point Blank") for the manufacture of DAP accessories. Upon information and belief, the contract was for at least three years and has a value of approximately $239,000,000.

17. Point Blank is a corporation existing under the laws of Florida with a principal place of business at Atlantic Business Center, 2102 SW 2nd Street, Pompano Beach, Florida 33065. Upon information and belief, Point Blank is a manufacturer of body armor with manufacturing facilities in the United States.

18. On information and belief, the U.S. Army provided Plaintiffs' DAP design to Point Blank for manufacture without seeking a license from or compensating Plaintiffs.

19. On information and belief, Point Blank is currently manufacturing, offering for sale and selling products embodying the DAP design.

20. Shortly after acceptance by the Army of the DAP invention, Plaintiffs have taken steps to seek reasonable and entire compensation for the use by or for the United States of the DAP invention. These efforts began with obtaining United States patent protection. Thereafter, Plaintiffs sought and obtained confirmation by the United States that Plaintiffs were sole owners of the DAP design and related patent. Specifically, on March 20, 2007, in connection with an Army's Government Employee Rights Determination, the United States (*i.e.*, Under Secretary of Commerce for Technology) determined the Plaintiffs had conceived and reduced the DAP invention to practice without the use of Government resources and determined that the United States is not entitled to a royalty-free license to produce the invention embodied in the '806 Patent.

21. On or about July 18, 2007, Plaintiffs through counsel wrote to Point Blank inviting Point Blank to discuss a license under the '806 Patent.

22. On or about August 3, 2007, Point Blank wrote to Plaintiffs declining to discuss a license and stating that Point Blank was producing and selling DAPs to the U.S. Army according to the specifications required and provided by the U.S. Army.

23. On information and belief, Point Blank is manufacturing the DAPs with the authorization or consent of the Defendant United States.

24. Plaintiffs at all times material hereto have been and are now willing to grant licenses to qualified parties, including Defendant, for the use of the device covered by the '806 Patent, at a reasonable royalty rate.

25. Plaintiffs have been damaged by the infringement by Defendant by an amount at present unknown, as Plaintiffs have not been informed as to the full extent of such infringement and such extent cannot be ascertained except by discovery and an accounting. Nevertheless, upon information and belief, the value of the contracts

between the United States Army and Point Blank for the DAP total approximately $239,000,000.00, and plaintiffs are entitled to at least a reasonable royalty portion of this amount, at a sum to be determined at trial.

## Count I – Unlicensed Use of the '806 Patent

26. The allegations of paragraphs 1 – 25 are repeated and realleged as if fully set forth herein.

27. On or about June 2004, the Defendant United States, acting through the U.S. Army, contracted with Point Blank for the manufacture of Deltoid Axillary Protective (DAP) devices.

28. The '806 Patent was lawfully issued by the United States Patent Office to the Plaintiffs on July 18, 2006. Plaintiffs are the sole owners of the '806 Patent and are entitled to all right, title and interest therein. Claims 1 through 13 of the '806 Patent describe and cover a DAP device.

29. On information and belief, the DAPs manufactured by Point Blank in the United States for the Defendant United States are described in and covered by claims 1 through 13 of the '806 Patent and therefore infringe the '806 Patent.

30. On information and belief, Point Blank's manufacture of DAPs is with the authorization or consent of the United States and therefore constitutes use or manufacture for the Defendant United States.

31. Plaintiffs have not licensed or otherwise authorized the Defendant United States, Point Blank or any other entity to use or manufacture DAP devices covered by the '806 Patent.

32. This claim is not based on the use or manufacture by or for the United States of any article owned, leased, used by, or in the possession of the United States prior to July 1, 1918.

33. As a result of the Defendant's use, without license, of the DAPs described in and covered by the claims of the '806 Patent, Plaintiffs have been injured and are

therefore entitled to recover their reasonable and entire compensation for said use under 28 U.S.C. § 1498(a).

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor granting Plaintiffs the following relief:

a) Plaintiffs' reasonable and entire compensation for the unlicensed use of the '806 Patent by Defendant United States;

b) Plaintiffs' reasonable fees for expert witnesses and attorneys;

c) Plaintiffs' costs;

d) Prejudgment and post-judgment interest on Plaintiffs' award; and

e) All such other and further relief as the Court deems just or equitable.

Dated: September 6, 2007

Respectfully submitted,

Gary H. Nunes
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623

Of Counsel:

Jack B. Hicks
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
300 North Greene Street
Suite 1900
Greensboro, North Carolina 27401
Telephone: (336) 574-8030
Fax: (336) 574-4520

Holly Emrick Svetz
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623

WCSR 3728616v1

US007076806B1

(12) **United States Patent**
**Van Winkle et al.**

(10) **Patent No.: US 7,076,806 B1**
(45) **Date of Patent: Jul. 18, 2006**

(54) **BODY ARMOR**

(76) Inventors: **Christopher Sean Van Winkle**, 417 Jamestown Ave., Fayetteville, NC (US) 28303; **David Alan Cox**, 116 Proclamation Dr., Raeford, NC (US) 28378

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/027,281**

(22) Filed: **Dec. 30, 2004**

(51) **Int. Cl.**
***F41H 1/02*** (2006.01)

(52) **U.S. Cl.** .......... **2/2.5**

(58) **Field of Classification Search** .......... 2/2.5, 2/102, 94, 96, 97, 464, 467; 89/36.01, 36.02, 89/36.05; 428/911
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,755,475 A * 7/1956 Lipshitz .......... 2/2.5
3,514,786 A 6/1970 Terwilliger
4,425,667 A 1/1984 Harrison
4,485,492 A 12/1984 Sneider
4,497,069 A 2/1985 Braunhut
4,993,076 A 2/1991 Dierickx
5,044,011 A 9/1991 Henderson
5,060,314 A * 10/1991 Lewis .......... 2/2.5
5,495,620 A * 3/1996 Schoenweiss et al. .......... 2/2.5
5,623,729 A * 4/1997 Chen .......... 2/461
5,966,747 A 10/1999 Crupi et al.
5,970,513 A 10/1999 Kocher
6,026,510 A 2/2000 Kocher
6,029,270 A 2/2000 Ost et al.
6,098,196 A 8/2000 Logan
6,108,813 A 8/2000 Tolliver et al.
6,446,273 B1 9/2002 Gillen et al.
6,453,791 B1 9/2002 Seitzinger
6,698,024 B1 3/2004 Graves et al.

FOREIGN PATENT DOCUMENTS

FR 2699265 6/1994

* cited by examiner

*Primary Examiner*—Tejash Patel
(74) *Attorney, Agent, or Firm*—Womble Carlyle Sandridge & Rice, PLLC

(57) **ABSTRACT**

A body armor accessory adds protection to unguarded areas of conventional body armor. The removable accessory comprises an axillary panel having a coverage area and is made of material that impedes the penetration of a foreign object. The accessory can be worn on either the left or right side of the wearer. The coverage area to the deltoid and flank areas of the wearer provided by the axillary panel is greater than that provided by the vest without the panel. A deltoid panel provides added protection to the deltoid area of the wearer.

**13 Claims, 7 Drawing Sheets**




EXHIBIT
A




FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6A




FIG. 6B




FIG. 7

# BODY ARMOR

## GOVERNMENT LICENSE RIGHTS

The U.S. Government may have a paid-up license in this invention.

## FIELD OF THE INVENTION

This invention relates to body armor, and more specifically to improvements to protection for the axillary and other vulnerable regions of the body.

## BACKGROUND

Body armor has been used for centuries to protect areas of the body vulnerable to combative blows and projectiles. While the armor is intended to minimize injuries and fatalities that would otherwise result from such harmful events, the armor must also not interfere with the wearer's ability to carry out his duties with sufficient mobility and dexterity as may be required.

Traditionally body armor has been designed to assist in surviving attacks of known direction and source. For example, the Interceptor Multi-Threat Body Armor System went into production in 1999 and is made by Point Blank Body Armor of Oakland Park, Fla. The Interceptor, among other things, seeks to protect the major body organs from projectiles originating from sources in front or behind the wearer.

Threats to individual soldiers are developing from non-traditional sources.

Improvised Explosive Devices (IEDs) often are called "homemade" devices that are designed to cause death or injury primarily by use of explosives. IEDs can be produced in varying sizes, functioning methods, containers, and delivery methods. IEDs can utilize homemade explosives, or military ordnance and ordnance components. In the current conflict in Iraq, IEDs are accounting for a significant percentage of trauma cases and resulting causalities to coalition forces. The methods to counteract IEDs include eliminating the insurgents or terrorists that create the IEDs, improving the means for detecting and eliminating IEDs prior to detonation, altering the environment where IEDS may be located by, for example, increasing the armor protection of vehicles that may encounter IEDs, and improving the body armor that exposed individuals may wear.

Improvements to the body armor would minimize the effects of IEDs that may detonate, in spite of efforts to eliminate their creation. Injuries from IEDs can occur to the axillary, flank and deltoid body regions. Current body armor designs do not protect these exposed areas sufficiently to minimize the harm caused by IEDs and other threats. There is a need therefore for improved body armor that will protect exposed and vulnerable areas of the body from IEDs and other injury-causing projectiles, while retaining the requisite degree of mobility and dexterity that may be required.

## SUMMARY OF THE INVENTION

In accordance with a preferred embodiment of this invention, a removable body armor accessory adds protection to areas that conventional body armor leaves substantially unprotected. The accessory comprises an axillary panel having a coverage area and is made of material that impedes the penetration of a foreign object. The coverage area to the deltoid and flank areas of the wearer provided by the axillary panel is greater than that provided by the vest without the panel. A deltoid panel provides added protection to the deltoid area of the wearer. Both panels can be worn on either the left or right side of the wearer.



These and other aspects of the present invention will become apparent to those skilled in the art after a reading of the following description of the preferred embodiments, when considered in conjunction with the drawings. It should be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a perspective view of a body armor.

FIG. 2 shows a rear view of a body armor, with the wearer's arms in the outward, horizontal position.

FIG. 3 shows a side view of a body armor.

FIG. 4 is a deltoid panel.

FIG. 5 is an axillary panel.

FIGS. 6A and 6B show a body armor vest in an open position, with accessory panels attached thereto.

FIG. 7 shows an embodiment of a deltoid panel attached to an axillary panel.

## DETAILED DESCRIPTION

The body armor of this invention is shown and described in preferred embodiments in the description below.

As shown in FIGS. 1, 3, 2, 6A and 6B, traditional body armor can comprise a Kevlar®-lined or other appropriated outfitted vest 10. One such vest, known as the Interceptor Multi-Threat Body Armor System, is made up of two main modular components: the outer tactical vest 10 and the small-arms protective inserts (not shown). The inserts provide for additional protection, and fit within pockets (not shown) affixed to the vest 10. The vest has arm holes 20 and a neck opening 30. A plurality of loops and fasteners, such as shoulder loops 14 and interior loops 24, can be provided for the attachment of various gear and equipment. A modular load bearing webbing system 12 can be included, as well as an emergency extraction strap 16. Optional throat/neck and groin protectors (not shown) also are available. The Interceptor and other traditional body armor provide protection to anterior and posterior directed projectiles, and are credited with saving countless lives.

In embodiments of this invention, deltoid and axillary protector (DAP™) devices are provided that augment the traditional body armor by providing protection to previously under-protected areas of the body. The embodiment can consist of two modular panels or components; namely, a deltoid panel 100 and an axillary panel 200. These panels provide protection but still allow the wearer free use of their arms and torso. Both panels preferably are made of soft, pliable materials capable of conforming to the natural shape of a wearer's shoulder and axillary regions. The panels also can be adaptable for wearing on the left or right side of the wearer.

As shown in FIG. 4, the deltoid panel 100 can help protect the shoulder area from blast fragments and other foreign objects. The deltoid panel 100 is attached to the wearer's vest by way of any suitable connector. In an embodiment, the panel 100 is attached to the vest by attaching the strap 110 to the shoulder epaulet or shoulder loops 14 and by securing the strap 130 to the wearer's upper arm. The deltoid panel 100 attaches to the vest 10 by attaching the strap 110

to the vest by any suitable means. Preferably, strap 110 is routed through the outer shoulder loop 14 of the vest 10, and then secures to itself as shown in FIG. 1. Hook and loop fasteners, e.g., Velcro®, can be used, in positions 112 and 116, respectively, on the strap to also allow for various positioning and self-tightening upon the shoulder of the wearer.

Alternatively, strap 110 can be positioned under and around the vest shoulder 17 as shown in FIG. 6B. Velcro® fasteners 18 can be used under the shoulder section of the vest to help position and secure the strap 110, before the strap 110 is looped around the shoulder portion 17 of the vest 10 as shown in FIG. 6B.

The securing strap 130 can also be positioned upon the deltoid panel to allow for placement around the arm nearer the bicep and elbow, and hence fitted to the desired arm girth. The deltoid panel should be large enough to cover a substantial portion of the deltoid, but also should be capable of securing around the arm snugly to avoid snagging on environmental objects while the wearer is in close quarters.

Although other fastening means can be used, a preferred embodiment shows again the use of hook and loop fasteners, e.g., Velcro®, to provide hooks 136 and pile 132 to accomplish fastening and sizing. Preferably, the deltoid panel weighs approximately 5 pounds or less. Alternatively, securing snaps (not shown) can be used to attach strap 110 to mating snaps on the shoulder portion of the vest. The deltoid panel 100 can be made of level II Kevlar, or any other suitable body armor material.

As shown in FIGS. 1, 3, 5 and 6A, an axillary panel 200 protects the axillary and flank regions by, in one embodiment, underlapping an area of the vest 10. The axillary panel 200 can be secured to the inside shoulder of the vest 10 through any suitable connector, and worn under the arm. In a preferred embodiment, the axillary panel 200 can be secured to the vest using bands 210. Bands 210 can attach to interior vest loops 24, as shown in FIG. 6. Hooks 212 and piles 216 can allow the bands to pass through the loops 24, and attach upon the piles 216 on the panel for a secure fit. The bands can be adjustable in length by having long straps 210, large surface area hook portions 212 and large surface area pile portions 216. The axillary panel 200 can be made of Type IIIa Kevlar panel or other suitable protective armor. At the upper portion 215 of the axillary panel, the panel is shaped in an arcuate fashion in order to fit under the arm of the wearer, and provide some degree of both axillary 202 and flank 208 protection, as shown in FIG. 3.

FIG. 7 illustrates another embodiment of this invention whereby a deltoid panel 101 and axillary panel 201 appear in modified shapes and are connected to one another by use, for example, of an adjustable supporting strap 180 and strips 190, all of which can be elastic. A retaining strap 290 attaches the axillary panel 200 to the vest 10 to an interior loop (not shown). The wearer's arm slips through opening 195, allowing the deltoid panel to sit atop the shoulder, and axillary panel 201 to cover the underarm and flank regions.

During use, the axillary panel fits under the vest 10, and helps protect the underarm 202 and flank 208 regions of the wearer. In a preferred embodiment, the axillary protector 200 underlaps the vest 10 to ensure a good fit and avoid snagging the exposed panel on objects. Nevertheless, the benefits of this invention also will result if the panel overlaps the vest 10. In use, the axillary panel protects the wearer's axillary regions when his or her arms are approximately horizontal as shown in FIG. 3 raised or lifted upwards. These are common positions, for example, for a turret gunner when in the travel position and for a driver.

In another preferred embodiment, the axillary panel and/or the deltoid panel can be integral to the vest, but expandable in such a way that the coverage area for the axillary or deltoid areas are covered by use, for example, of an accordion or pleated panel that is part of the vest itself.

This invention offers mobility, and universal fit. The invention also is simple to demonstrate, and easily is removed and attached by soldiers in the field to either their right or left sides. If preferred, multiple sets can be used on both arms and shoulders. The invention does not encumber the user from engaging in a firing position, and other combat ready positions and maneuvers required in the field. It is lightweight, weighing approximately 5 pounds per panel in a preferred embodiment. The panels could be made in any suitable colors required by the usage, such as desert or woodland camouflage patterns.

Many personnel can benefit from the added protection provided by this invention. Drivers and passengers (included mounted troops) of armored and unarmored vehicles can benefit from these improvements to body armor. Turret gunners in armored and unarmored vehicles will appreciate the added protection. Occupants of boats, helicopters, tanks, light armor vehicles, and even dismounted troops will benefit from this invention. Non-military personnel, including contract personnel, law enforcement, corrections officers, tactical and private security forces also will benefit from the protection offered by this invention. Further usages include explosive ordinance disposal, athletic activities, and animal training and detaining.

During the development and testing of this invention in Iraq, the axillary panel successfully stopped a fragment from entering a wearer's chest cavity. This wearer was in the gunner position on a Light-Medium Tactical Vehicle (LMTV). Upon detonation of an IED placed by hostile forces, the vehicle cab sustained major damage. The gunner was wearing the standard issue Interceptor Body Armor vest, augmented by the axillary panel. Approximately a 1 inch metal shrapnel was stopped by the axillary panel, after the shrapnel penetrated an existing layer of the Interceptor vest. A fragment of this size is sufficient to sever major arteries in and around the heart and lungs, causing permanent injury and possibly death. The gunner was able to avoid serious injury and possible death, and returned to active duty following the incident.

The panels described herein can have be comprised of an outer shell layer that enclose an insert containing one or more sheets of ballistic resistant materials, as are well known in the art. The materials comprising the outer layer and ballistic sheets can be of any suitable materials given the desired usage conditions and environments. Additional hooks, loops and reflectors can be added as desired.

While preferred embodiments of the present invention have been described above, it is to be understood that any and all equivalent realizations of the present invention are included within the scope and spirit thereof. Thus, the embodiments depicted are presented by way of example only and are not intended as limitations upon the present invention. While particular embodiments of the invention have been described and shown, it will be understood by those of ordinary skill in this art that the present invention is not limited thereto since many modifications can be made. Therefore, it is contemplated that any and all such embodiments are included in the present invention as may fall within the literal or equivalent scope of the appended claims.

We claim:

1. A body armor accessory, for use with a body armor vest, comprising

a. an axillary panel having a underarm coverage area, the panel being operable to be connected to the vest;

b. the panel being made of ballistic material that impedes the penetration of at least one foreign object;

c. the axillary panel is proximate to a wearer's chest when at least one of the wearer's arms is raised;

wherein the coverage area provides greater protection to an axillary area of the wearer than that provided by the vest without the panel.

2. The body armor accessory of claim 1 further comprising a connector that attaches the panel to the vest.

3. The body armor accessory of claim 2 whereby the connector is configured to allow for attachment to either a right or left side of the vest.

4. The body armor accessory of claim 1 whereby the panel is designed to be worn under the vest.

5. The body armor accessory of claim 1 further comprising

a. a deltoid panel having a coverage area;

b. the deltoid panel being made of material that impedes the penetration of at least one foreign object

whereby the deltoid coverage area provides greater protection to an deltoid area of a wearer than that provided by the vest without the deltoid panel.

6. The body armor accessory of claim 5 whereby the deltoid panel is capable of attachment to the vest.

7. The body armor accessory of claim 5 whereby the deltoid panel further is configured to allow the deltoid panel to secure to the wearer's arm.

8. The body armor accessory of claim 5 whereby the deltoid panel is capable of being worn on either the left or right side of the vest.



9. A body armor comprising

a. a vest having a neck opening and two arm openings;

b. an axillary panel having a underarm coverage area, the panel being made of ballistic material that impedes the penetration of at least one foreign object;

c. the axillary panel is proximate to a wearer's chest when at least one of the wearer's arms is raised;

wherein the axillary panel coverage area provides greater protection to an axillary area of the wearer than that provided by the vest without the panel.

10. The body armor of claim 9 whereby the coverage area of the vest for the wearer's axillary region is a first coverage area, and the coverage area of the panel is a second coverage area, and the first coverage area and the second coverage area overlap.

11. The body armor of claim 9 further comprising

a. a deltoid panel having a coverage area;

b. the deltoid panel being made of material that impedes the penetration of at least one foreign object

whereby the deltoid coverage area provides greater protection to an deltoid area of a wearer than that provided by the vest without the deltoid panel.

12. The body armor accessory of claim 11 whereby the deltoid panel is attached to the vest.

13. The body armor accessory of claim 11 whereby the deltoid panel further is configured to allow the deltoid panel to secure to the wearer's arm.

* * * * *