**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-652 C<br>Judge Lawrence M. Baskir |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John J. Fargo as attorney of record for the United States.

Service of all papers should be addressed as follows:

John J. Fargo
Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/John J. Fargo
JOHN J. FARGO
Director
Civil Division
Department of Justice
Washington, D. C. 20530
E-mail: john.fargo@usdoj.gov
Telephone: (202) 514-7223
Facsimile: (202) 307-0345

Dated: October 22, 2007