WOMBLE CARLYLE SANDRIDGE & RICE
A PROFESSIONAL LIMITED LIABILITY COMPANY

Fourth Floor
8065 Leesburg Pike
Tysons Corner, Virginia 22182-2738

Telephone: (703) 790-3310
Fax: (703) 790-2623
www.wcsr.com

Gary H. Nunes
Direct Dial: (703) 394-2200
Direct Fax: (703) 918-2248
E-mail: gnunes@wcsr.com

October 29, 2007

**VIA E-MAIL AND FIRST-CLASS MAIL**

John Fargo
Director, Intellectual Property Staff
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
Washington, DC 20530

Re: *Van Winkle and Cox v. United States*; U.S. Court of Federal Claims; Case No. 07-652C

Dear Mr. Fargo:

This is in response to your letter of October 26. Please be advised that the Plaintiffs will not agree to the Defendant's request for a 60-day enlargement of time for the Defendant to answer the Complaint.

Rule 12 of the Rules of the United States Court of Federal Claims provides that Defendant shall have 60 days after service of the Complaint to answer. Plaintiffs believe that a request for 60 additional days is both unreasonable and excessive. Plaintiffs would agree to a 15-day enlargement of time; otherwise, the Plaintiffs intend to oppose the Defendant's motion.

Please advise whether a 15-day enlargement of time is acceptable.

Thank you.

Very truly yours,

**WOMBLE CARLYLE SANDRIDGE & RICE**
***A Professional Limited Liability Company***

Gary H. Nunes

GHN:mlh