# In the United States Court of Federal Claims

Case No. 07-652C
(Filed: October 31, 2007)

****************************************************
CHRISTOPHER SEAN VAN WINKLE *
and DAVID ALAN COX, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court is in receipt of Defendant's Motion for Leave and Motion for Enlargement of Time to Respond to Complaint filed on October 30, 2007. The Motion included a copy of Plaintiff's letter accepting a 15-day Enlargement of Time, but stating that they would oppose the 60-day delay.

The Defendant's **Motion for Leave and Motion for Enlargement of Time to Respond to Complaint** is hereby **GRANTED**. The Defendant's response is **due no later than January 4, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge