# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**VAN WINKLE et al**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-652C**
**Filed: November 16, 2008**
**cc: Judge Baskir**

**O R D E R**

As previously discussed with the parties, the ADR telephone conference scheduled for Tuesday, November 27, 2007 is **RESCHEDULED** for **Wednesday, January 16, 2008, 12:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (703) 394-2200 and defendant's counsel at (202) 514-7223. The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **January 9, 2008** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order 44, found at the court's internet site: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**