410 612 5338

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DO-C9 | PAGE OF PAGES 1 9 |
|---|---|---|---|
| 2. CONTRACT (Proc. Inst. Ident.) NO. W91CRB-04-D-0014 | 3. EFFECTIVE DATE 07 Jun 2004 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | |
| 5. ISSUED BY CODE W91CRB<br>US ARMY ROBERT MORRIS ACQ CTR - W91CRB<br>UNIQUE MISSIONS DIVISION<br>ATTN: AMSRD-ACC-U<br>4118 SUSQUEHANNA AVENUE<br>ABERDEEN PROVING GROUND MD 21005-3013 | 6. ADMINISTERED BY (If other than Item 5) CODE S1212A<br>DCMA SOUTH FLORIDA - HOLLYWOOD - S1212A<br>8100 HOLLYWOOD BLVD SUITE 510<br>HOLLYWOOD FL 33024-7861 | | |
| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code)<br>POINT BLANK BODY ARMOR, INC<br>4031 N.E. 12TH TERRACE<br>OAKLAND PARK FL 33334<br>CODE 62283 FACILITY CODE | 8. DELIVERY [ ] FOB ORIGIN [ X] OTHER (See below)<br>9. DISCOUNT FOR PROMPT PAYMENT<br>10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: | ITEM | |
| 11. SHIP TO/MARK FOR CODE<br>See Schedule | 12. PAYMENT WILL BE MADE BY CODE HQ0303<br>DFAS ROCK ISLAND - HQ0303<br>BUILDING 68<br>ROCK ISLAND IL 61299 | | |
| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( ) | 14. ACCOUNTING AND APPROPRIATION DATA<br>See Schedule | | |

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |
| | 15G. TOTAL AMOUNT OF CONTRACT | | | | $239,400,000.00 |

16. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 8 - 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 3 - 5 | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 6 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 7 | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |



CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| | |
|---|---|
| 17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [ X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ___ REF: W91CRB-04-T-0129 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME AND TITLE OF CONTRACTING OFFICER<br>KATHRYN J. BANKERD / CONTRACTING OFFICER<br>TEL: 410-278-[illegible] EMAIL: Kathy.Bankerd@apg.army.mil |
| 19B. NAME OF CONTRACTOR<br>BY ___ (Signature of person authorized to sign) — 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA<br>BY Kathryn J. Bankerd (Signature of Contracting Officer) — 20C. DATE SIGNED 07-Jun-2004 |

Section B - Supplies or Services and Prices

MIN/MAX

B.1 TYPE OF CONTRACT

a. The basic contract is issued on an Indefinite Quantity/Indefinite Delivery basis in accordance with FAR 16.504.

b. Individual delivery orders issued under the basic contract shall be on a firm fixed price basis.

B.2 CONTRACT MINIMUM AND MAXIMUM LIMITATIONS

a. The government is obligated to place, with the contractor, a delivery order(s) in the amount which will total at least 50,000 each.

b. The governemnt may place additional delivery orders with the contractor for a not-to-exceed maximum of 840,000 each.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 840,000 | Each | $285.00 | $239,400,000.00 |
| | GSA Contract No. #GS-07F-8942D<br>FFP<br>INTERCEPTOR Body Armor Extremity Protection: Deltoid and Axillary Protectors, Desert<br>See Fact Sheet.<br><br>The term of this contract shall commence on the date of award and continue through 36 months thereafter. The delivery schedule will be stated in each Delivery Order. | | | | |
| | | | | MAX NET AMT | $239,400,000.00 |

ACRN AA Funded Amount $0.00

FOB: Destination

Section C - Descriptions and Specifications

FACT SHEET

## FACT SHEET

## INTERCEPTOR Body Armor (IBA) Program
### Extremity Protection
### Deltoid and Axillary Protectors (DAP)

**OVERVIEW:** During Operation Iraqi Freedom combat operations, an increased threat has been encountered because of the extensive use of IED's by terrorist insurgents. Whereas the Outer Tactical Vest (OTV) of the IBA provides torso protection from the fragmentary effects of IED's, a shortfall in the under arm and upper arm areas not currently covered by the IBA was identified by combat commanders and medical personnel. To meet this threat and provide an increased level of protection, the DAP was developed.

**DESCRIPTION:** The DAP consists of two ambidextrous modular components, the Deltoid (Upper Arm) Protector and the Axillary (Under Arm) Protector. The Deltoid Protector attaches at the shoulder of the OTV and is secured around the wearers arm with a strap. The Axillary Protector is worn under the OTV and is attached to the underside of the shoulder portion of the OTV and to the interior adjustment strap on the lower side of the OTV. The DAP will be issued in sets, which consists of two (2) each Deltoid and Axillary Protectors.

**COMPONENT MATERIALS:** Cordura and Kevlar.

**COLOR:** Desert

**WEIGHT:** 5.3 lbs per set

**SIZE:** One size fits all.

SPECIAL INSTRUCTIONS

**BERRY AMENDMENT:**

PRODUCTS PROVIDED MUST BE IN COMPLIANCE WITH THE "BERRY AMENDMENT" ENACTED AS SECTION 9005 OF THE DEPARTMENT OF DEFENSE APPROPRIATION ACT, 1993 (P.L. 102-396) IN THAT ALL COMPONENTS OF THE ITEM ARE TO BE "GROWN, REPROCESSED, REUSED, OR PRODUCED IN THE UNITED STATES".

**INSPECTION AND ACCEPTANCE BY THE GOVERNMENT:**

(a) Saving and reserving to the Government all rights under the inspection provision, the following is applicable to this acquisition: Inspection and acceptance at Contractor's plant upon execution of DD Form 250 by the authorized Government representative.

(b) Inspection and acceptance at source by cognizant Defense Contract Management Agency (DCMA). Office responsible for performance of inspection is DCMA South Florida – Hollywood
Phone: 954-987-7468 exts. 200, 201, or 204
FAX: 954-961-2229

(c) Inspection will be performed at: 202 SW 2nd St., Pompano Beach, FL 33069.

(d) Notwithstanding the foregoing designation of destination as the place for inspection and acceptance of suplies furnished hereunder, the Government reserves the right to require inspection and acceptance at Contractor's plant. Said right may be exercised either before award or during the course of performance, only the undelivered portion of the delivery order quantities will be subject to inspection and acceptance at Contractor's plant.

**MATERIAL INSPECTION AND RECEIVING REPORT DD FORM 250:**

Material Inspection and Receiving Report DD Form 250 to be sent to the following address;

PM Soldier Equipment
ATTN: SFAE-SDR-SEQ/Gerry Mosier
10170 Beach Road
Ft. Belvoir, VA 22060

**SHIPPING ADDRESS:**

DODAAC: W912H7
PM Soldier Equipment Staging/NET Facility
7142 Lineweaver Rd., Bldg 2400
Warrenton, VA 20187-5000
M/F: Contract # W91CRB-04-D-0014

**INVOICE INSTRUCTIONS:**

The contractor shall fax all invoices to the Contracting Officer's Representative (COR) as listed below. Upon receipt, the COR will review invoices for accuracy, certify for payment and forward to the appropriate DFAS office in Block 12 of SF 26 (cover page). The Fax number for DFAS Rock Island is 309-782-9144/9994/9997.
**INVOICES MUST INCLUDE SHIPPING COMPANY AND TRACKING NUMBER.**

**CONTRACTING OFFICER'S REPRESENTATIVE:**

Ms. Gerry Mosier
Phone: 703-704-2803
FAX: 703-704-0037
Email: gerry.mosier@peosoldier.army.mil

**ACQUISITION POINT OF CONTACT:**

Sherri Comer
U.S. Army Robert Morris Acquisition Center
Building 4118
Susquehanna Boulevard
Aberdeen Proving Ground, MD 21005-5001
Phone: 410-278-0867
Fax: 410-306-3710
Email: sherri.comer@us.army.mil

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Origin | Government | Origin | Government |

Section G - Contract Administration Data

## ACCOUNTING AND APPROPRIATION DATA

AA: To be cited on individual delivery orders.
AMOUNT: $0.00

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | APR 1991 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-48 | F.O.B. Destination--Evidence Of Shipment | FEB 1999 |
| 52.252-2 | Clauses Incorporated By Reference | FEB 1998 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.225-7012 | Preference For Certain Domestic Commodities | MAY 2004 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-16 VARIATION IN QUANTITY (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:
0% Percent increase
0% Percent decrease
This increase or decrease shall apply to CLIN 0001 and funded subclins.

(End of clause)

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of contract award through 36 months [insert dates].

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

*52.216-19 ORDER LIMITATIONS. (OCT 1995)*

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 50,000 (insert dollar figure or quantity), the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 200,000 (insert dollar figure or quantity);

(2) Any order for a combination of items in excess of 840,000 (insert dollar figure or quantity); or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

*52.216-22 INDEFINITE QUANTITY. (OCT 1995)*

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 36 months [insert date].

(End of clause)