IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALLEN COX, | ) | |
| *Plaintiffs,* | ) | Judge Baskir |
| *v.* | ) | No. 07-652C |
| THE UNITED STATES, | ) | |
| *Defendant.* | ) | |

**DECLARATION OF JOHN J. FARGO**

I, John J. Fargo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Director of the Intellectual Property Staff within the Commercial Litigation Branch of the Civil Division, Department of Justice, and am presently attorney of record in the above-captioned action.

2. Exhibit A is a true copy of a document forwarded by the Department of the Army from its contract files and, upon information and belief, represents contract W91CRD-04-D-0014 awarded to Point Blank Body Armor, Inc. on June 7, 2004.

3. Exhibit B is a true copy of excerpts from three documents forwarded by the Department of the Army from its contract files and, upon information and belief, represents pages 1-3 of Modification A018 to GSA contract #GS-07F-8942D, signed April 16, 2004, pages 1-3 of Modification MO02 to that GSA contract, which contains a patent indemnity provision, and pages 1-4 from a later modification, MO12, to that GSA contract, which continues to include a patent indemnity provision.

I declare, under penalty of perjury, that the foregoing is true and correct.

EXECUTED on this 19th day of November, 2007.

John J. Fargo
Director, Intellectual Property Staff
Commercial Litigation Branch
Civil Division
Department of Justice