# In the United States Court of Federal Claims

Case No. 07-652C
(Filed: November 20, 2007)

******************************************************

CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,
*Plaintiffs,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

******************************************************

## ORDER

The Defendant's unopposed **Motion for Notice to Third Party (Point Blank Body Armor, Inc.) Pursuant to RCFC 14(b)** is hereby **GRANTED**.

**The Clerk of the Court is directed to serve Notice to Point Blank Body Armor, Inc., to appear for this pending case, if it so desires, as a party and assert whatever interest it may have in this action. The point of contact is:**

**Monica Gonzalez, Esq.**
**Associate General Counsel**
**Point Blank Body Armor, Inc.**
**2102 S.W. 2nd Street**
**Pompano Beach, FL 33069**

**A copy of the Complaint in this case shall accompany the Notice.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR

Judge