IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALLEN COX, | ) | |
| *Plaintiffs,* | ) | Judge Baskir |
| *v.* | ) | No. 07-652C |
| THE UNITED STATES, | ) | |
| *Defendant.* | ) | |

**Notice of Appearance**

To the Clerk:

Please enter the appearance of Conrad J. DeWitte, Jr. as attorney of record for the United States. Service of all papers should be addressed as follows:

Conrad J. DeWitte, Jr.
Trial Attorney
Intellectual Property Section
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

*s/Conrad J. DeWitte, Jr.*
CONRAD J. DEWITTE, JR.
Trial Attorney
Intellectual Property Section
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-7223
Facsimile: (202) 307-0345
E-mail: conrad.dewitte@usdoj.gov

Date: December 6, 2007