UNITED STATES POSTAL SERVICE

SOUTH FLORIDA PDC
FL 330
26 DEC 2007 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

Conrad J. DeWitte, Jr.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, Room 11112
Washington, DC 20005

RECEIVED
JAN 10 2008
CIVIL MAIL ROOM-1100

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Monica Gonzalez, Esq.
Associate General Counsel
Point Blank Body Armor, Inc.
2102 SW 2nd Street
Pompano Beach, FL 33069

4a. Article Number
7001 2510 0002 1940 0541

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form **3811,** December 1994

Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.