# In the United States Court of Federal Claims

| | |
|---|---|
| **CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX**, | |
| **Plaintiffs,** | **No. 07-652C** |
| **v.** | **Filed: January 16, 2008** |
| **UNITED STATES,** | **cc: Judge Baskir** |
| **Defendant.** | |

**O R D E R**

An ADR Conference was held in the above-captioned case on January 16, 2008. The parties indicated that the ADR process may be helpful in resolving the case. As discussed at the ADR Conference, the parties together shall call Royle Carrington, at (202) 357-6580, on or before **Tuesday, March 11, 2008**, and propose either a telephone conference or an in-person conference for further ADR discussions. Should the parties propose the in-person conference, the court has reserved the Mastin G. White Conference Room, located on the seventh floor (room 710) of the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005, for Tuesday and Wednesday, March 18 - 19, 2008. The telephone call to Mr. Carrington will substitute for the March 14, 2008 joint status report, which need not be filed. A copy of this ADR order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**