**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX, | ) | |
| Plaintiffs, | ) | No. 07-652C |
| v. | ) | |
| THE UNITED STATES, | ) | Judge Baskir<br>cc: ADR Judge Horn |
| Defendant, | ) | |
| and | ) | |
| POINT BLANK BODY ARMOR, Inc.,<br>2102 S.W. 2nd Street,<br>Pompano Beach, Florida, 33069 | ) | |
| Proposed Third Party Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Point Blank Body Armor, Inc. (“Point Blank”), proposed third party defendant, is incorporated under the laws of Delaware and is approximately 99% owned by Point Blank Solutions, Inc. (formerly DHB Industries, Inc.), a publicly held corporation and Point Blank’s parent corporation.

Dated: January 25, 2008

Respectfully Submitted,

s/Thomas J. Madden

Thomas J. Madden (Counsel of Record)
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
PH: (202) 344-4803
FX: (202) 344-8300

Counsel for Point Blank Body Armor, Inc.

Of Counsel:

James Y. Boland
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
PH: (202) 344-8273
FX: (202) 344-8300

DC1:262785