# *In the United States Court of Federal Claims*

No. 07-652C
(Judge Lawrence M. Baskir)

**********************************************

CHRISTOPHER SEAN VAN WINKLE
and DAVID ALAN COX,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**********************************************

## JOINT NOTICE THAT CASE SHALL PROCEED

The Plaintiffs, Christopher Sean Van Winkle and David Alan Cox, and Defendant, the United States, pursuant to paragraph 5 of the Court's Special Procedures Order, hereby jointly inform the Court that this case shall proceed as provided for by the Rules of this Court. The parties propose the following three mutually convenient alternate dates for the telephonic preliminary status conference:

March 4, 5, or 7, 2008

GARY H. NUNES
Womble Carlyle Sandridge &
Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623

Of Counsel:

Jack B. Hicks
Womble Carlyle Sandridge &
Rice, PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8030
Fax: (336) 574-4520

Holly Emrick Svetz
Womble Carlyle Sandridge &
Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623

Counsel for Plaintiffs

January 29, 2008
Date

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

CONRAD J. DEWITTE, JR.
Trial Attorney
Intellectual Property Staff
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Telephone: (202) 307-0459
Fax: (202) 307-0345

Counsel for Defendant

January 28, 2008
Date