**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALLEN COX, | ) | |
| *Plaintiffs,* | ) | Judge Baskir |
| *v.* | ) | No. 07-652C |
| THE UNITED STATES, | ) | |
| *Defendant.* | ) | |

**AMENDED ANSWER TO COMPLAINT**

Defendant, the United States, hereby amends its answers to the allegations which appear in paragraphs 16 and 25 of plaintiff's Complaint, filed September 6, 2007. Each numbered paragraph below responds to the corresponding numbered paragraph of the Complaint. With respect to paragraphs 16 and 25 of the Complaint, upon current information and belief, all averments of fact in the Complaint are denied except to the extent expressly admitted below. As required by Rule 15 of the Rules of the U.S. Court of Federal Claims, defendant has received from plaintiffs' counsel written consent to this amendment.

16. With respect to paragraph 16, defendant states the following, upon information and belief. Regarding the first sentence, defendant admits that on June 7, 2004, the U.S. Army issued Contract Number

W91CRB-04-D-0014 to Point Blank Body Armor, Inc. to provide Deltoid and Axillary Protectors to the U.S. Army. Regarding the second sentence, defendant admits that the contract was for thirty-six months and specified a not-to-exceed maximum of 840,000 units. Regarding the second sentence, defendant admits that the price per unit was $285, leading to a not-to-exceed maximum amount of $239,400,000 for the contract. Defendant further admits that the '0014 contract was modified on February 17, 2006 to increase the price per unit $0.81 to a price per unit of $285.81 for 697,848 units of the not-to-exceed maximum of 840,000 units, leading to a not-to-exceed maximum amount of $239,965,256.88 for the contract. To the extent that paragraph 16 is deemed to contain additional averments of fact, the same are denied.

25. With respect to paragraph 25, defendant states the following, upon information and belief. Regarding the first sentence, defendant admits that on June 7, 2004, the U.S. Army issued Contract Number W91CRB-04-D-0014 to Point Blank Body Armor, Inc. to provide Deltoid and Axillary Protectors to the U.S. Army. Regarding the second sentence, defendant admits that the contract was for thirty-six months and specified a not-to-exceed maximum of 840,000 units. Regarding the second sentence,

defendant admits that the price per unit was $285, leading to a not-to-exceed maximum amount of $239,400,000 for the contract. Defendant further admits that the ’0014 contract was modified on February 17, 2006 to increase the price per unit $0.81 to a price per unit of $285.81 for 697,848 units of the not-to-exceed maximum of 840,000 units, leading to a not-to-exceed maximum amount of $239,965,256.88 for the contract. To the extent that paragraph 25 is deemed to contain additional averments of fact, the same are denied.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

*s/Conrad J. DeWitte, Jr.*
CONRAD J. DEWITTE, JR.
Attorney
Intellectual Property Staff
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-7223
Facsimile: (202) 307-0345
E-mail: conrad.dewitte@usdoj.gov

Date: January 29, 2008