WOMBLE
CARLYLE
SANDRIDGE
& RICE
A PROFESSIONAL LIMITED LIABILITY COMPANY

300 N. Greene Street
Suite 1900
Greensboro, NC 27401

Telephone: (336) 574-8030
Fax: (336) 574-4520
Web site: www.wcsr.com

Jack B. Hicks
Direct Dial: (336) 574-8050
Direct Fax: (336) 574-4513
E-mail: jhicks@wcsr.com

July 18 2007

***Via Facsimile (954-630-9225) and***
***Certified Mail Return Receipt Requested***
General (Ret.) Larry Ellis, President
Point Blank Body Armor, Inc.
Atlantic Business Center
2102 SW 2nd Street
Pompano Beach, FL 33069

Re: **U.S. Patent for Body Armor, USPN 7,076,806**
**Our File No. C91005.0642.1**

Dear General Ellis:

Our law firm represents PatriotAngel, LLC, a North Carolina entity formed by Christopher Van Winkle and David Cox.

As you may well be aware, U.S. Army Physicians Assistants Van Winkle and Cox are the inventors of body armor improvements pertaining to deltoid and axillary ballistic protection. This deltoid and axillary protection system, named a "DAP" device by our clients, was invented following extensive field observations during the ongoing war in Iraq. Perhaps you saw Van Winkle and Cox heroically profiled on CBS National News on August 11, 2004. A copy of this segment is enclosed for your review.

After they informed their superiors about their DAP device, it was enthusiastically accepted by the US Army and has become standard issue to U.S. soldiers. In recognition of the novelty and benefits of the DAP, the United States Patent and Trademark Office issued to our clients U.S. Patent No. 7,076,806 (copy enclosed). Since the invention was made without government resources, the U.S. Government has awarded full rights to the DAP to our clients, including patent rights.

We understand that your company is among those selected by the United States Army to supply the DAP body armor. We understand that a DAP system already has been incorporated within Point Blank's Interceptor™ OTV. As you are aware, a patent gives the owner and authorized licensees the right to make, have made, use, sell or import products covered by the patent. We are contacting Point Blank as a potential licensee due to its status as a current supplier of the DAP and due to our hope that Point Blank may appreciate an opportunity for some type of a direct association with the DAP inventors.

EXHIBIT
tabbies
B

Should you have an interest in licensing opportunities, or an option to obtain such a license, please contact the undersigned as soon as possible. While our client reserves all rights to take any action it deems appropriate, we are planning to soon contact other companies to determine suitable licensing partners.

Sincerely yours,

**WOMBLE CARLYLE SANDRIDGE & RICE**
***A Professional Limited Liability Company***

Jack B. Hicks

JBH:kls
Enclosure