Point Blank Body Armor, Inc.

2102 S.W. 2nd Street
Pompano Beach, FL 33069

August 3, 2007

**Via FedEx**
Jack B. Hicks
Womble Carlyle Sandridge & Rice
300 N. Greene Street
Suite 1900
Greensboro, NC 27401

Re: Patriot Angel's Allegations under U.S. Patent No. 7,076,806

Dear Mr. Hicks:

This letter responds to your letter dated July 18, 2007.

Point Blank Body Armor Inc. ("Point Blank") has been producing and selling shoulder, arm and axillary ballistic protective products, including DAPS, to the US Army, according to the specifications required and provided by the US Army. Further, Point Blank has produced and sold shoulder, arm and axillary ballistic protective products prior to the Gulf war and prior to the filing date of U.S. Patent No. 7,076,806.

It is not clear to us the purpose of your correspondence. We interpret it to be an offer from your clients to team with us to produce DAPS for commercial use. As stated herewith, we manufacture DAPS for the government according to its specifications; and we already have produced shoulder and upper arm protection for commercial use and have done so long before your patent application.

Although we see no value in the commercial market to your client's version of shoulder and upper arm protection, we thank you for the offer, but we have no interest at this time.

Truly yours,
**Point Blank Body Armor Inc.**

John Siemer
President

EXHIBIT
C