# In the United States Court of Federal Claims

Case No. 07-652C
(Filed: February 21, 2008)

*****************************************************

CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,
*Plaintiffs,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

*****************************************************

## ORDER

The Court is in receipt of the Joint Preliminary Status Report filed by the parties on February 19, 2008. However, it was not signed by the Attorney of Record for Plaintiff.

Plaintiff's Counsel is directed to correct this discrepancy forthwith.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge