WOMBLE CARLYLE SANDRIDGE & RICE
A PROFESSIONAL LIMITED LIABILITY COMPANY

Fourth Floor
8065 Leesburg Pike
Tysons Corner, Virginia 22182-2738

Telephone: (703) 790-3310
Fax: (703) 790-2623
www.wcsr.com

Gary H. Nunes
Direct Dial: (703) 394-2200
Direct Fax: (703) 918-2248
E-mail: gnunes@wcsr.com

February 21, 2008

Clerk's Office
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

Re: *Van Winkle and Cox v. United States*; No. 07-652C

Dear Sir or Madam:

In accordance with Judge Baskir's Order of today's date, enclosed is the Joint Preliminary Status Report with signatures of counsel for Plaintiffs and counsel for Defendant.

Very truly yours,

**WOMBLE CARLYLE SANDRIDGE & RICE**
***A Professional Limited Liability Company***

Gary H. Nunes

Enclosure

cc w/o enclosure via facsimile: Conrad J. DeWitte, Jr., Esq.

GHN:mlh