# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX, Plaintiffs, | No. 07-652C |
| v. | Judge Baskir |
| THE UNITED STATES, Defendant, | cc: ADR Judge Horn |
| and | |
| POINT BLANK BODY ARMOR, Inc., 2102 S.W. 2nd Street, Pompano Beach, Florida, 33069 | |
| Proposed Third Party Defendant. | |

## POINT BLANK'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS REPLY IN SUPPORT OF ITS MOTION TO INTERVENE

Point Blank Body Armor, Inc. ("Point Blank") respectfully requests that the court grant it leave to amend its Reply In Support of Its Motion to Intervene ("Reply") to delete the reference to *Richfield Oil Corp. v. United States*, 151 F.Supp. 333 (Ct. Cl. 1957). This reference reads as follows:

> *Richfield Oil Corp. v. United States*, 151 F.Supp. 333, 335 (Ct. Cl. 1957) (Section 114(b) was "intended to permit the United States to bring in parties who were under a duty to save it harmless from judgments such as the one sought by the plaintiff . . .").

Reply at 3. However, the court in *Bowser v. United States*, 420 F.2d 1057 (Ct. Cl. 1970) stated that it "overruled" the statement quoted from *Richfield Oil* "to the extent that the statement is in conflict with this opinion." *Id.* at 1063. Therefore, Point Blank respectfully asks that the court grant it leave to file an amended Reply with the reference to *Richfield Oil* deleted. Point Blank's amended Reply is being filed concurrently with this motion in the event the court grants it leave. The amended Reply includes a re-paginated table of authorities that removes *Richfield Oil* as described herein, as well as *Martin v. United States*, 163 F.Supp. 376 (Ct. Cl. 1958), a case that was not cited in the Reply, but was inadvertently included in the table of authorities. Counsel for plaintiffs and counsel for the defendant have stated that they do not oppose this motion. Counsel for Point Blank sincerely apologizes to the court for this error.

Dated: February 25, 2008

Respectfully Submitted,

s/Thomas J. Madden

Thomas J. Madden (Counsel of Record)
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
PH: (202) 344-4803
FX: (202) 344-8300

Counsel for Point Blank Body Armor, Inc.

Of Counsel:

James Y. Boland
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
PH: (202) 344-8273
FX: (202) 344-8300