# Exhibit A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>POINT BLANK BODY ARMOR, Inc., 2102 S.W. 2nd Street, Pompano Beach, Florida, 33069<br>Proposed Third Party Defendant. | No. 07-652C<br><br>Judge Baskir |

## DECLARATION OF JOHN SIEMER, PRESIDENT POINT BLANK BODY ARMOR, INC.

1. I, John Siemer, am President of Point Blank Body Armor, Inc., and am responsible for the operations of the company.

2. In June 2004, Point Blank entered into Contract No. W91CRB-04-D-0014 with the U.S. Army to supply deltoid and axillary protectors. Orders for the items supplied under this contract are placed against Point Blank's GSA schedule contract, Contract No. GS-07F-8942D.

3. Contract No. GS-07F-8942D provides that Point Blank shall indemnify the United States against any liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States patent.

4. Attached to this declaration is (a) the portion of Contract No. W91CRB-04-D-0014 referring to GSA Contract No. GS-07F-8942D (Attachment A) and (b) the portion of Contract No. GS-07F-8942D containing the patent indemnity provision, Modification MO02 (Attachment B).

5. The attached portions of Contract No. W91CRB-04-D-0014 and Contract No. GS-07F-8942D are true and accurate excerpts of Point Blank's contracts.

I declare, under penalty of perjury, that the foregoing is true and accurate.

Dated: 2/15/08

John Siemer, President
Point Blank Body Armor, Inc.
2102 S.W. 2nd Street
Pompano Beach, Florida, 33069

DC1/265907

# Attachment A

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 1 OF 9 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: W91CRB-04-D-0014

3. EFFECTIVE DATE: 07 Jun 2004

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.:

5. ISSUED BY — CODE: W91CRB
ROBERT MORRIS ACQ CTR - W91CRB
MISSIONS DIVISION
ATTN: AMSRD-ACC-U
4118 SUSQUEHANNA AVENUE
ABERDEEN PROVING GROUND MD 21005-3013

6. ADMINISTERED BY (If other than Item 5) — CODE: S1212A
DCMA SOUTH FLORIDA - HOLLYWOOD - S1212A
8100 HOLLYWOOD BLVD SUITE 310
HOLLYWOOD FL 33024-7381

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code)
POINT BLANK BODY ARMOR, INC
4031 N.E. 12TH TERRACE
OAKLAND PARK FL 33334

CODE: 62283 — FACILITY CODE:

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT:

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: — ITEM:

11. SHIP TO/MARK FOR — CODE:
See Schedule

12. PAYMENT WILL BE MADE BY — CODE: HQ0303
DFAS ROCK ISLAND - HQ0303
BUILDING 68
ROCK ISLAND IL 61299
DFAS RI

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
See Schedule

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

15G. TOTAL AMOUNT OF CONTRACT: $239,400,000.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 8 - 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 3 - 5 | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 6 | | K | REPRESENTATIONS, CERTIFICATIONS AND | |
| | F | DELIVERIES OR PERFORMANCE | | | | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 7 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ____ REF: W91CRB-04-T-0129 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print): SANDRA Hatfield C.O.O.

20A. NAME AND TITLE OF CONTRACTING OFFICER: KATHRYN J. BANKERD / CONTRACTING OFFICER
TEL: 410-278-0864 EMAIL: Kathy.Bankerd@apg.army.mil

19B. NAME OF CONTRACTOR
BY Sandra Hatfield
(Signature of person authorized to sign)

19C. DATE SIGNED: 6/7/04

20B. UNITED STATES OF AMERICA
BY Kathryn J Bankerd
(Signature of Contracting Officer)

20C. DATE SIGNED: 07-Jun-2004

Section B - Supplies or Services and Prices

MIN/MAX

B.1 TYPE OF CONTRACT

a. The basic contract is issued on an Indefinite Quantity/Indefinite Delivery basis in accordance with FAR 16.504.

b. Individual delivery orders issued under the basic contract shall be on a firm fixed price basis.

B.2 CONTRACT MINIMUM AND MAXIMUM LIMITATIONS

a. The government is obligated to place, with the contractor, a delivery order(s) in the amount which will total at least 50,000 each.

b. The governemnt may place additional delivery orders with the contractor for a not-to-exceed maximum of 840,000 each.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 840,000 | Each | $285.00 | $239,400,000.00 |

GSA Contract No. #GS-07F-8942D
FFP
INTERCEPTOR Body Armor Extremity Protection:
Deltoid and Axillary Protectors, Desert
See Fact Sheet.

The term of this contract shall commence on the date of award and continue through 36 months thereafter. The delivery schedule will be stated in each Delivery Order.

| | |
|---|---|
| MAX NET AMT | $239,400,000.00 |
| ACRN AA Funded Amount | $0.00 |

FOB: Destination

Section C - Descriptions and Specifications

FACT SHEET

# FACT SHEET

## INTERCEPTOR Body Armor (IBA) Program
**Extremity Protection**
**Deltoid and Axillary Protectors (DAP)**

**OVERVIEW:** During Operation Iraqi Freedom combat operations, an increased threat has been encountered because of the extensive use of IED's by terrorist insurgents. Whereas the Outer Tactical Vest (OTV) of the IBA provides torso protection from the fragmentary effects of IED's, a shortfall in the under arm and upper arm areas not currently covered by the IBA was identified by combat commanders and medical personnel. To meet this threat and provide an increased level of protection, the DAP was developed.

**DESCRIPTION:** The DAP consists of two ambidextrous modular components, the Deltoid (Upper Arm) Protector and the Axillary (Under Arm) Protector. The Deltoid Protector attaches at the shoulder of the OTV and is secured around the wearers arm with a strap. The Axillary Protector is worn under the OTV and is attached to the underside of the shoulder portion of the OTV and to the interior adjustment strap on the lower side of the OTV. The DAP will be issued in sets, which consists of two (2) each Deltoid and Axillary Protectors.

**COMPONENT MATERIALS:** Cordura and Kevlar.

**COLOR:** Desert

**WEIGHT:** 5.3 lbs per set

**SIZE:** One size fits all.

SPECIAL INSTRUCTIONS

**BERRY AMENDMENT:**

PRODUCTS PROVIDED MUST BE IN COMPLIANCE WITH THE "BERRY AMENDMENT" ENACTED AS SECTION 9005 OF THE DEPARTMENT OF DEFENSE APPROPRIATION ACT, 1993 (P.L. 102-396) IN THAT ALL COMPONENTS OF THE ITEM ARE TO BE "GROWN, REPROCESSED, REUSED, OR PRODUCED IN THE UNITED STATES".

**INSPECTION AND ACCEPTANCE BY THE GOVERNMENT:**

(a) Saving and reserving to the Government all rights under the inspection provision, the following is applicable to this acquisition: Inspection and acceptance at Contractor's plant upon execution of DD Form 250 by the authorized Government representative.

(b) Inspection and acceptance at source by cognizant Defense Contract Management Agency (DCMA). Office responsible for performance of inspection is DCMA, South Florida – Hollywood
Phone: 954-987-7468 exts. 200, 201, or 204
FAX: 954-961-2229

(c) Inspection will be performed at: 202 SW 2nd St., Pompano Beach, FL 33069.

(d) Notwithstanding the foregoing designation of destination as the place for inspection and acceptance of suplies furnished hereunder, the Govenrment reserves the right to require inspection and acceptance at Contractor's plant. Said right may be exercised either before award or during the course of performance, only the undelivered portion of the delivery order quantities will be subject to inspection and acceptance at Contractor's plant.

**MATERIAL INSPECTION AND RECEIVING REPORT DD FORM 250:**

Material Inspection and Receiving Report DD Form 250 to be sent to the following address:

PM Soldier Equipment
ATTN: SFAE-SDR-SEQ/Gerry Mosier
10170 Beach Road
Ft. Belvoir, VA 22060

**SHIPPING ADDRESS:**

DODAAC: W912H7
PM Soldier Equipment Staging/NET Facility
7142 Lineweaver Rd., Bldg 2400
Warrenton, VA 20187-5000
M/F: Contract # W91CRB-04-D-0014

**INVOICE INSTRUCTIONS:**

The contractor shall **fax all invoices to the Contracting Officer's Representative (COR)** as listed below. Upon receipt, the COR will review invoices for accuracy, certify for payment and forward to the appropriate DFAS office in Block 12 of SF 26 (cover page). The Fax number for DFAS Rock Island is 309-782-9144/9994/9997.
**INVOICES MUST INCLUDE SHIPPING COMPANY AND TRACKING NUMBER.**

**CONTRACTING OFFICER'S REPRESENTATIVE:**

Ms. Gerry Mosier
Phone: 703-704-2803
FAX: 703-704-0037
Email: gerry.mosier@peosoldier.army.mil

**ACQUISITION POINT OF CONTACT:**

Sherri Comer
U.S. Army Robert Morris Acquisition Center
Building 4118
Susquehanna Boulevard
Aberdeen Proving Ground, MD 21005-5001
Phone: 410-278-0867
Fax: 410-306-3710
Email: sherri.comer@us.army.mil

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Origin | Government | Origin | Government |

**Section G - Contract Administration Data**

## ACCOUNTING AND APPROPRIATION DATA

AA; To be cited on individual delivery orders.
AMOUNT; $0.00

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | APR 1991 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-48 | F.O.B. Destination--Evidence Of Shipment | FEB 1999 |
| 52.252-2 | Clauses Incorporated By Reference | FEB 1998 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.225-7012 | Preference For Certain Domestic Commodities | MAY 2004 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-16 VARIATION IN QUANTITY (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:
0% Percent increase
0% Percent decrease
This increase or decrease shall apply to CLIN 0001 and funded subclins.

(End of clause)

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of contract award through 36 months [insert dates].

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 50,000 (insert dollar figure or quantity), the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 200,000 (insert dollar figure or quantity);

(2) Any order for a combination of items in excess of 840,000 (insert dollar figure or quantity); or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 36 months [insert date].

(End of clause)

# Attachment B

# AWARD/CONTRACT

1. THIS CONTRACT IS RATED ORDER UNDER DPA (15 CFR 350) | RATING | PAGE OF PAGES 1 OF 4

2. CONTRACT (Proc. Inst. Indent.) NO. **GS-07F-8942D**

3. EFFECTIVE DATE **August 1, 1996**

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY CODE

**GENERAL SERVICES ADMINISTRATION**
**SCHEDULES CONTRACTING DIVISION (7FXG-L3)**
**819 TAYLOR STREET, ROOM 6A24**
**FORT WORTH, TX 76102-6114**

6. ADMINISTERED BY (If other than Item 5) CODE

**72A AND IFF REMITTANCE DELEGATED TO:**
**GSA, CONTRACT MANAGEMENT DIVISION (4FQ)**

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code).

**Point Blank Body Armor, Inc.**
**c/o Richard Hockensmith**
**PO Box 2646**
**Laurel MD 20709**

CODE | FACILITY CODE

8. DELIVERY

[X] FOB ORIGIN [ ] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

**Net 30 Days**

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: | ITEM **See Block 14**

11. SHIP TO/MARK FOR CODE

**See Block 14.**

12. PAYMENT WILL BE MADE BY CODE

**See Block 14**

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[ ] 10 U.S.C. 2304 (c) ( ) [ ] 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA

**To be shown on individual orders issued under this contract.**

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15.D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

**Point Blank Body Armor, Inc.'s offer dated 8/22/95 and Best and Final Offer dated 4/17/96, under the Basic Solicitation Number 7FXG-B3-95-8411-B, for FSC Group 84, Part VI Section A, Law Enforcement and Security Equipment, is hereby accepted by the Government for the period August 1, 1996, or date of award whichever is later, through July 31, 2001, for Special Item Number(s) 426-1B.**

15G. TOTAL AMOUNT OF CONTRACT $ INDEFINITE

16. TABLE OF CONTENTS (See Standard Form 33)

| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICE/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPEC./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTR., COND., & NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (*Contractor is required to sign this document and return ______ copies to issuing office.*) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (*Attachments are listed herein.*)

18. [X] AWARD (*Contractor is not required to sign this document.*) Your offer on Solicitation Number 7FXG-B3-95-8411-B, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (*Type or print*)

20A. NAME OF CONTRACTING OFFICER **CAROL A. BATESOLE**

19B. NAME OF CONTRACTOR BY ______________________ (*Signature of person authorized to sign*) | 19C. DATE SIGNED

20B. UNITED STATES OF AMERICA BY *Carol A. Batesole* (*Signature of Contracting Officer*) | 20C. DATE SIGNED 4/18/96

GENERAL SERVICES ADMINISTRATION
FEDERAL SUPPLY SERVICE

AUTHORIZED FEDERAL SUPPLY SCHEDULE CATALOG/PRICE LIST

SCHEDULE TITLE: FSC Group 84, Part VI, Section A, Law Enforcement and Security Equipment,

CONTRACT NUMBER: GS-07F-8942D FSC CLASS: 8470

CONTRACT PERIOD: August 1, 1996 through July 31, 2001

CONTRACTOR'S NAME, ADDRESS, AND PHONE NUMBER:

Point Blank Body Armor, Inc.
c/o Richard Hockensmith
PO Box 2646
Laurel MD 20709

Phone: 301-490-3524 FAX: 301-490-4788

CONTRACT ADMINISTRATION SOURCE: Richard Hockensmith

BUSINESS SIZE/TYPE: Small MFG

INFORMATION FOR ORDERING ACTIVITIES

1a. TABLE OF AWARDED SPECIAL ITEM NUMBERS (SIN'S):

426-1B Body Armor

1b. LOWEST PRICED MODEL NUMBER FOR EACH SIN:
(Government price based on a unit of one; does not include options/accessories)

| SIN | Model No. | GSA Net Price |
|---|---|---|
| 426-1B | Steel Trauma Insert 5X8 | $12.90 |

2. MAXIMUM ORDER LIMITATION: $500,000
Per SIN:
426-1B $500,000

3. MINIMUM ORDER: $50.00

4. GEOGRAPHIC COVERAGE: 50 United States and Washington DC, Puerto Rico, and the Virgin Islands

5. POINT(S) OF PRODUCTION: Oakland Park FL

6. BASIC DISCOUNTS: 57% off the Point Blank Body Armor Suggested Retail Prices effective July 18, 1994

7. QUANTITY DISCOUNTS: None

8. PROMPT PAYMENT TERMS: Net 30 days

9a. GOVERNMENT COMMERCIAL CREDIT CARD (GCCC): Accepted
9b. DISCOUNT FOR PAYMENT BY GCCC: none

10. FOREIGN ITEMS: None

11. TIME OF DELIVERY AFTER RECEIPT OF ORDER (ARO):

 11a. Normal: 30-60 days ARO
 11b. Emergency: 3-14 days after telephone confirmation of stock availability

12. F. O. B. POINT: Origin

13. ORDERING ADDRESS: Same as Contractor

14. PAYMENT ADDRESS: DHB Armor Group, Inc.
Point Blank Body Armor, Inc.
PO Box 1837
Pompano Beach FL 33061

15. WARRANTY PROVISION: Manufacturer's Standard Commercial Warranty

16-23. N/A

24. EXCLUDED ITEMS: See approved price list for exclusions

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 16

2. AMENDMENT/MODIFICATION NO.: M002

3. EFFECTIVE DATE: October 1, 2001

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
GSA/FSS, Morale, Welfare and Recreational Products
Contracting Division, 7FXPM-R8
819 Taylor Street, Room 6A24
Fort Worth, TX 76102-6114

7. ADMINISTERED BY *(If other than Item 6)* CODE
72A and IFF Remittance is delegated to:
GSA/FSS, Contract Management Division (1FQ)

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*
POINT BLANK BODY ARMOR
P.O. BOX 2646
LAUREL, MD 20709

(3)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ ORDER NO.: GS-07F-8942D

10B. DATED *(SEE ITEM 13)*: 8/1/96

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging the receipt of the amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(3)

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

✓ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority:)*

**E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ____ copies to this issuing office.**

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**The above numbered contract awarded under Federal Supply Schedule 539 - Solutions and More (SAM), pertaining to Federal Supply Group 84, Law Enforcement and Security Equipment, is modified as follows:**

**1. Effective with this modification, delete and replace contract clauses as shown below. Prior fill-ins and certifications are incorporated and remain in full force and effect. Full texts of all clauses are provided below.**

**2. Delete the following clauses from your contract:**
**52.212-4, Contract Terms and Conditions—Commercial Items**
**I-FSS-103, Scope of Contract--Worldwide**
**I-FSS-106, Guaranteed Minimum**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
CAROL A. BATESOLE
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
Carol A. Batesole
*(Signature of Contracting Officer)*

16C. DATE SIGNED: Nov. 8, 2001

**3. Add the following clauses to your contract:**
**52.212-4, Contract Terms and Conditions—Commercial Items (MAY 2001)**
**I-FSS-103, Scope of Contract—Worldwide (MAR 2000)**
**I-FSS-106, Guaranteed Minimum (OCT 2000)**

**52.212-4 CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (MAY 2001)**

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized,) to the address designated in the contract to receive invoices. An invoice must include—

(1) Name and address of the Contractor;

(2) Invoice date;

(3) Contract number, contract line item number and, if applicable, the order number;

(4) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(5) Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(6) Terms of any prompt payment discount offered;

(7) Name and address of official to whom payment is to be sent; and

(8) Name, title, and phone number of person to be notified in event of defective invoice.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment. Contractors are encouraged to assign an identification number to each invoice.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment. If the Government makes payment by Electronic Funds Transfer (EFT), see 52.212-5(b) for the appropriate EFT clause. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. ~~The contract price includes all applicable Federal, State, and local taxes and duties.~~ The contract price excludes all Federal, State, and local taxes and duties levied on or measured by the contract or sales price of the services or completed supplies furnished under this contract. The Contractor shall state separately on its invoices taxes excluded from the contract price, and the Government agrees either to pay the amount of taxes to the Contractor or provide evidence necessary to sustain an exemption. See FAR clauses 52.229-1, State and Local Taxes; 52.229-3, Federal, State, and Local Taxes; and 52.229-5, Taxes—Contracts performed in U.S. Possessions or Puerto Rico which are incorporated herein by reference. For contracts covering overseas locations, see clause I-FSS-314, Foreign Taxes and Duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

**I-FSS-103 SCOPE OF CONTRACT—WORLDWIDE (MAR 2000)**

(a) This solicitation is issued to establish contracts which may be used as sources of supplies or services described herein for domestic and/or overseas delivery.

(b) Definitions—

*Domestic delivery* is delivery within the 48 contiguous states, Alaska, Hawaii, Puerto Rico and Washington, DC; and to a CONUS port or consolidation point for orders received from overseas activities.

*Overseas delivery* is delivery to points outside of the 48 contiguous states, Washington, DC, Alaska, Hawaii, and Puerto Rico.

(c) Offerors are requested to check one of the following boxes:

☐ Contractor will provide domestic and overseas delivery.
(Refer to clause I-FSS-108, Clauses for Overseas Coverage.)

☐ Contractor will provide overseas delivery only.
(Refer to clause I-FSS-108, Clauses for Overseas Coverage.)

☐ Contractor will provide domestic delivery only.

(d) Resultant contracts may be used on a nonmandatory basis by the following activities: Executive agencies; other Federal agencies, mixed-ownership Government corporations, and the District of Columbia; Government contractors authorized in writing by a Federal agency pursuant to 48 CFR 51.1; and other activities and organizations authorized by statute or regulation to use GSA as a source of supply. U.S. territories are domestic delivery points for purposes of this contract. (Questions regarding activities authorized to use this schedule should be directed to the Contracting Officer.)

(e) (1) The Contractor is obligated to accept orders received from activities within the Executive Branch of the Federal Government.

(2) The Contractor is not obligated to accept orders received from activities outside the Executive Branch of the Federal Government; however, the Contractor is encouraged to accept orders from such Federal activities. If the Contractor elects to accept such an order, all provisions of the contract shall apply, including clause 552.232-77, Payment by Governmentwide Commercial Purchase Card. If the Contractor is unwilling to accept such an order, and the proposed method of payment is not through the Purchase Card, the Contractor shall return the order by mail or other means of delivery with 5 workdays from receipt. If the Contractor is unwilling to accept such an order, and the proposed method of payment is through the Purchase Card, the Contractor must so advise the ordering agency within 24 hours of receipt of order. (Reference clause 552.232-77, Payment by Purchase Card (Alternate I)). Failure to return an order or advise the ordering agency within the time frames above shall constitute acceptance whereupon all provisions of the contract shall apply.

(f) The Government is obligated to purchase under each resultant contract a guaranteed minimum as specified in the clause I-FSS–106, Guaranteed Minimum, contained elsewhere in this contract.

**I-FSS-106 GUARANTEED MINIMUM (OCT 2000)**

The minimum that the Government agrees to order during the period of this contract is $2,500. If the Contractor receives total orders for less than $2,500 during the term of the contract, the Government will pay the difference between the amount ordered and $2,500.

(a) Payment of any amount due under this clause shall be contingent upon the Contractor's timely submission of GSA Form 72A reports (see GSAR 552.238-74 "Contractor's Report of Sales") during the period of the contract and receipt of the close-out sales report pursuant to GSAR 552.238-74.

(b) The guaranteed minimum applies only if the contract expires or contract cancellation is initiated by the Government. The guaranteed minimum does not apply if the contract is terminated for cause or if the contract is canceled at the request of the Contractor.

**4. Schedule 539 SAM--Special Item Number (SIN) Revisions. Revisions are grouped by Federal Supply Group (FSG)/Product Line. Please make the following revisions to your contract as indicated by a "☒" next to the item or items as shown below:**

**FSG 19, MARINE CRAFT AND EQUIPMENT, INBOARD AND OUTBOARD ENGINES, TOWABLE BLADDERS AND FLOATING MARINE BARRIERS**

a. Delete the following SINs:

☐ **260-07**, Canoes (combined under expanded SIN 260-03)
☐ **260-13**, Buoys, Floats, Perimeter Floats, and Moorings (combined under expanded SIN 260-12)
☐ **260-14**, Marine Diesel Propulsion Engine (combined under expanded SIN 260-09)
☐ **260-20**, Personal Watercraft (combined under expanded SIN 260-21)

b. Expand the following SINs:

☐ Rename SIN **260-03:** Boats, Non-powered – includes canoes, options, and accessories (FSC 1940)
☐ Rename SIN **260-09:** Inboard and Outboard Engines, Marine Diesel Propulsion Engines (ranging in horsepower from 150-4,000) -- includes parts and accessories (FSC 2805)
☐ Rename SIN **260-12:** Floating Marine Barriers & Booms, Buoys, Floats, Perimeter Floats, & Moorings – includes parts and accessories (FSC 1945)
☐ Rename SIN **260-21:** Recreational Boats and Personal Watercraft -- includes parts and accessories (FSC 1940)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 \| 1 |
| 2. AMENDMENT/MODIFICATION NO. **AO18** | 3. EFFECTIVE DATE **See Block 16C** | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE<br>General Services Administration<br>Industrial Products<br>Contracting Division, 7FCI-R8<br>819 Taylor Street, Room 6A24<br>Fort Worth, TX 76102-6114 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE<br>**72A and IFF Remittance is delegated to:**<br>**GSA, Contract Management Division (2FQ)** | |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*<br><br>**Mr. Rick Hockensmith**<br>**Point Blank Body Armor**<br>**7900 North Upper Ridge**<br>**Parkland, FL 33067** | (3) | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9. DATED *(SEE ITEM 11)* |
| | | 10. MODIFICATION OF CONTRACT/ ORDER NO.<br>GS-07F-8942D |
| CODE / FACILITY CODE | x | 10B. DATED *(SEE ITEM 13)*<br>8/1/96 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging the receipt of the amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)* *N/A*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| (3) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)*<br>Clauses 552.243-72, Modifications, contractor's request dated 4/13/04 |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _ copies to this issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**A. The above-referenced contract for Schedule 084 Total Solutions for Law Enforcement, Security, Facilities Management, Fire, Rescue, Special Purpose Clothing, Marine Craft and Emergency/Disaster Response is hereby modified to incorporate the Point Blank Body Armor, Inc. Retail Price List Supplement effective 4/12/04 into the contract which reflects the addition of items. All previous price lists remain in effect. The basic discount for the new items remains the same as for the items currently on contract at 57% with the exception of the custom sizing fee for which no discount is offered. The MFC, MFC basic discount and price relationship remains unchanged.**

**B. All other terms, conditions and discounts remain unchanged.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>**Jeri F. Reitz**<br>**Contracting Officer** | |
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED SATES OF AMERICA<br>[signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>4-16-04 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

Approved as Basis of Modification A018.
[illegible], Contracting Officer
4-15-04

Point Blank BODY ARMOR INC.

SAVING LIVES SINCE 1973

**Retail Price List**

*Supplement # 1*

Effective April 12, 2004

**D.A.P.S.**

*Armor Protection Enhancement System - Upper Extremities*

| | Aramid | GoldFlex | HiLite | Fusion | Beast |
|---|---|---|---|---|---|
| **One Size Fits All** | $756.00 | $840.00 | $950.00 | $1,320.00 | $1,535.00 |

Point Blank BODY ARMOR INC.

SAVING LIVES SINCE 1973

## GSA Price List

***Supplement # 1***

Effective March 26, 2004

**D.A.P.S.**

*Dorsal Axillary Protection System*

| | Aramid | GoldFlex | HiLite | Fusion | Beast |
|---|---|---|---|---|---|
| **One Size Fits All** | $325.00 | $361.00 | $408.50 | $567.00 | $660.00 |