# *In the United States Court of Federal Claims*

***********************************************
CHRISTOPHER SEAN VAN WINKLE
and DAVID ALAN COX,

Plaintiffs,

v. No. 07-652C
(Judge Baskir)

THE UNITED STATES OF AMERICA,

Defendant.

***********************************************

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S REPLY IN SUPPORT OF PROPOSED THIRD PARTY DEFENDANT'S MOTION TO INTERVENE OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE**

The Plaintiffs, Christopher Sean Van Winkle and David Alan Cox, pursuant to Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC"), move the Court to strike the Government's Reply in Support of Proposed Third Party Defendant's Motion to Intervene, for failure to comply with RCFC 7.2 and the Court's Special Procedures Order, paragraph 11, or, in the alternative, for leave to file a response.

The grounds for this Motion are more fully set forth in the accompanying Memorandum.

Plaintiffs discussed this Motion with Defendant's counsel. Defendant is opposed to Plaintiffs' Motion to Strike but agrees that Plaintiffs have not had an opportunity to address certain of the arguments raised in its pleading and has no objection to the Court's entering an Order granting Plaintiffs leave to respond.

Respectfully submitted,

/s/

GARY H. NUNES
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623

Of Counsel:

Jack B. Hicks
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8030
Fax: (336) 574-4520

Holly Emrick Svetz
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, Virginia 22182
Telephone: (703) 790-3310
Fax: (703) 790-2623