# In the United States Court of Federal Claims

Case No. 07-652C
(Filed: March 5, 2008)

*****************************************************
CHRISTOPHER SEAN VAN WINKLE *
and DAVID ALAN COX, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
POINT BLANK BODY ARMOR, INC., *
Intervenor. *
*****************************************************

**ORDER**

The proposed Intervenor's (Point Blank Body Armor, Inc.) unopposed Motion for Leave to Amend its Reply in support of its Motion to Intervene filed February 25, 2008, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge