# In the United States Court of Federal Claims

Case No. 07-652C
(FILED: March 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**CHRISTOPHER SEAN VAN WINKLE**
**and DAVID ALAN COX,**
*Plaintiffs,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**POINT BLANK BODY ARMOR, INC.,**
*(Potential) Third Party Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Plaintiffs filed a Motion to Strike Defendant's Reply in Support of Proposed Third Party Defendant's Motion to Intervene or, in the Alternative, For Leave to File a Response on February 26, 2008. **We hereby DENY the Plaintiffs' Motion to Strike. We hereby GRANT the Plaintiffs' request to file an additional brief to address new arguments presented in the Defendant's reply brief, with the following conditions:**

(1) The Plaintiffs are to file a brief captioned "surreply" not later than 10 days after the issuance of this Order.

(2) The surreply shall not exceed 10 pages in length.

(3) The surreply shall only address those arguments raised in the Defendant's reply brief that were not presented in the motion in chief.

**Finally, the parties are hereby ORDERED not to file any additional papers addressing Point Blank's Motion to Intervene without first seeking leave of the Court.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge