# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**VAN WINKLE et al**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-652C**
**Filed: April 25, 2008**
**cc: Judge Baskir**

## O R D E R

An ADR conference for the above captioned case was held on April 23, 2008 and April 24, 2008. The undersigned is appreciative of the sincere efforts of all present and respectful of the progress made.

A telephone conference will be held on Monday, May 12, 2008, to discuss further progress towards reaching a resolution. In the interim, the parties are urged to continue their consultations. Each participant shall provide to chambers (202-357-6580) the phone number at which he or she can be reached on or about noon Friday, May 9, 2008. A copy of this order will be provided to Judge Baskir, the presiding judge for this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**