# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,** | * |
| **Plaintiff,** | * **No. 07-652C** |
| **v.** | * **Filed: May 12, 2008** |
| | * **cc: Judge Baskir** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

An ADR conference in the above-captioned case was held on May 12, 2008, with the parties appearing by telephone. The parties are commended for their continued, cooperative efforts in the settlement process.

As agreed to by the parties, another telephone conference will be held on **Monday, June 19, 2008, 10:30 a.m. EDT**, to discuss further progress towards reaching a resolution in this case. In the interim, the parties are urged to continue their consultations. Unless otherwise notified, for the June 19, 2008 ADR Conference, the court will contact all of the individuals who attended the May 12, 2008 ADR Conference, and at their same telephone numbers. A copy of this order will be provided to Judge Baskir, the presiding judge for this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**