# In the United States Court of Federal Claims

| | |
|---|---|
| **CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,** | |
| **Plaintiffs,** | **No. 07-652C** |
| **v.** | **Filed: July 7, 2008** |
| | **cc: Judge Baskir** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

An ADR Conference in the above-captioned case was held on July 7, 2008, with the participants appearing by telephone. The discussion at the ADR Conference revealed strong prospects for settlement. The parties are commended for their hard work and settlement progress to date. The parties committed to continuing the settlement process, and to periodic conferences to monitor that progress. As agreed to by the parties, the next, brief, status ADR Conference will be held, by telephone, on **Wednesday, July 30, 2008, 10:30 a.m. EDT**. Subsequent conferences will be held at three-week intervals thereafter. Unless otherwise notified, the court will contact Mr. DeWitte and Mr. Fargo at (202) 307-0459, Mr. Nunes at (703) 394-2200, and Mr. Hicks at (336) 574-8050. A copy of this order is being provided to Judge Baskir, the Presiding Judge for this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**