# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX, | |
| **Plaintiffs,** | **No. 07-652C** |
| v. | **Filed: July 30, 2008** |
| | **cc: Judge Baskir** |
| UNITED STATES, | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

An ADR Conference in the above-captioned case was held on July 30, 2008, with the participants appearing by telephone. The discussion at the ADR Conference indicated continued strong commitment and progress towards settlement by both parties. As agreed to by the parties, the next, brief, status ADR Conference will be held, by telephone, on **Wednesday, August 20, 2008, 10:30 a.m. EDT**. Unless otherwise notified, the court will contact Mr. DeWitte and Mr. Fargo at (202) 307-0459, Mr. Nunes at (703) 394-2200, and Mr. Hicks at (336) 574-8050. A copy of this order is being provided to Judge Baskir, the Presiding Judge for this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**