# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-652C**
**Filed: August 15, 2008**
**cc: Judge Baskir**

**O R D E R**

Plaintiff has requested that the ADR Conference set for Wednesday, August 20, 2008, 10:30 a.m. EDT be rescheduled. Agreed to by the parties, the ADR Conference is **RESCHEDULED** for **Monday, August 25, 2008, 10:30 a.m. EDT**. Unless otherwise notified, the court will contact Mr. DeWitte and Mr. Fargo at (202) 307-0459, Mr. Nunes at (703) 394-2200, and Mr. Hicks at (336) 574-8050. A copy of this order is being provided to Judge Baskir, the Presiding Judge for this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**