# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-652C**
**Filed: August 25, 2008**
**cc: Judge Baskir**

## O R D E R

The court held an ADR Conference in the above-captioned case on August 25, 2008, with the parties appearing by telephone. The court commends the continued cooperation by the parties reflected during the ADR Conference. As agreed to by the parties, unless a Joint Stipulation for Entry of Judgment is sooner received by the court, the next ADR Conference is **SCHEDULED** for **Monday, September 15, 2008, 10:30 a.m. EDT**. Unless otherwise notified, the court will contact Mr. DeWitte and Mr. Fargo at (202) 307-0459, Mr. Nunes at (703) 394-2200, and Mr. Hicks at (336) 574-8050. The ADR Conference can only be cancelled by the undersigned, and will only be cancelled if a Joint Stipulation for Entry of Judgment is received by the court. A copy of this order is being provided to Judge Baskir, the Presiding Judge on this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**