# In the United States Court of Federal Claims

Case No. 07-652C
(Filed: September 9, 2008)

****************************************************
CHRISTOPHER SEAN VAN WINKLE *
and DAVID ALAN COX, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
POINT BLANK BODY ARMOR, INC., *
Intervenor. *
****************************************************

## ORDER

The Plaintiffs' and Defendant's Stipulation for the Entry of Judgment filed September 4, 2008, is hereby **GRANTED** as follows:

Clerk of the Court is ordered to enter Judgment (as outlined in the parties' Stipulation for the Entry of Judgment) in favor of the Plaintiffs and against the Government for the total lump sum of $10,250,000.00 (ten million, two hundred fifty thousand dollars). Parties are to bear their own costs.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge