# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**CHRISTOPHER SEAN VAN WINKLE and DAVID ALAN COX,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-652C**
**Filed: September 9, 2008**
**cc: Judge Baskir**

**O R D E R**

The court is in receipt of the parties' September 4, 2008, Joint Stipulation for Entry of Judgment in the above-captioned case. As the ADR Judge, I want to salute and commend Captain Christopher Sean Van Winkle and Captain David Alan Cox, United States Army, first, for their invention of important, life-saving body armor, created in support our troops around the world, and second, for their professionalism and their patriotism, as well as their impressive resumes, liberally manifested during my interactions with both military officers during the proceedings. I also want to take this opportunity to commend all who were involved in the ADR proceedings for their hard work, cooperative attitudes and, ultimately, for their amicable and successful resolution of the case. It has been my pleasure to work with each of you on the difficult issues presented.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**