# In the United States Court of Federal Claims

**No. 07-652 C**

**CHRISTOPHER SEAN VAN WINKLE**
**and DAVID ALAN COX**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' stipulation for entry of judgment, filed September 4, 2008, and the court's Order, filed September 9, 2008, granting said stipulation,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the sum of $10,250,000.00. The parties shall bear their own costs and attorney fees.

John S. Buckley
Acting Clerk of Court

**September 11, 2008** By: s/ Debra L. Samler

Deputy Clerk