United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 17, 2008

Gary H. Nunes, Esquire
Womble, Carlyle, et al.
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738

In re: Christopher Sean Van Winkle, et al. v. United States,
No. 07-652 C

Dear Mr. Nunes:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated September 11, 2008, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Conrad J. DeWitte, Jr., Esquire
Department of Justice

SEP 17 2008

attested transcript of judgment delivered to attorney of record for plaintiff Gary H. Nunes